UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Doris E. Fernandez
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

15 CV 7173

RECEIVED
SEP 10 2015
PRO SE OFFICE

**COMPLAINT**

-against-

Jennifer Lopez, Mabell Restrepo, Andy Anauue, 1st wife to Andy Anauue, Donald and Milena Trump, Barack and Michelle Obama, Stanley Fernandez Sr., Julia Fernandez counter-parts member operators, rivals criminal committing operators and harmdoers entering the refuge house located at 284 Wilcox St. S.I., N.Y. 10303

Jury Trial: ☐ Yes   ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name            Doris E. Fernandez
            Street Address  284 Wilcox Street
            County, City    S.I., N.Y. 10303
            State & Zip Code
            Telephone Number 954-210-2955

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name            Jennifer Lopez
                  Street Address  Unknown - residence in Nassau County

*Rev. 05/2010*

County, City **Mabell Restrepo**
State & Zip Code **284 Wilcox Street, S.I., N.Y. 10303**
Telephone Number **954-210-2955**

**Defendant No. 2**
Name **Andy Unanue and his 1st wife**
Street Address **unknown - resides in N.J.**
County, City
State & Zip Code
Telephone Number **You may contact the F.B.I. He has employed leagues of members**

**Defendant No. 3**
Name **Donald & Milena Trump**
Street Address **Address on Fifth Ave.**
County, City
State & Zip Code
Telephone Number

**Defendant No. 4**
Name **Stanley & Julia Fernandez**
Street Address **284 Wilcox Street**
County, City **S.I., N.Y.**
State & Zip Code **10303**
Telephone Number **718-494-0831**

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions    ☑ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **I am suffering continuous and aggressive manslaughtery harms to my body and organism, with important body organs attacked and everyday aggressive thefts of my genes and cells.**

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship **New York**
Defendant(s) state(s) of citizenship **New York**

**For means of contrabanding.**

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? at 284 Wilcox Street, S.I., N.Y.

B. What date and approximate time did the events giving rise to your claim(s) occur? The harms entering and occurring via direct physical punctures committed to the area of the vagina, mouth, skin and

C. Facts: I am suffering continuous physical harms, personal injuries and manslaughtering attacks to my body and organism with the important body organs targeted and attacked of which include the vagina, matrix, stomache, digestive system, mouth organ, skin, mass muscle and head/brain and physical bone structure. committed by the defendats metioned here with them as leaders of their operations and demanding, commanding and commiting parties. The harms are clearly lethal, life-threatening, an aggressive manslaughtery, including battery in physical form, and at the same time, aggressive thefts of my genes and cells are committed every day at times more than once a day.

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. 1. Important body organs targeted and severely harmed in manslaughtery and atterrorizing form. head/brain, mouth, vagina, matrix, stomache, digestive system, skin, and mass muscle to include bone and physical structure. Serial impos[torous] is also committed along with a forensic deformation to the body and figure. To the mouth organ I have lost 9 teeth and aggressive wearing of the gums.

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

Rev. 05 2010

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Since I am obtaining no cooperation from all levels amongst the authorities including local precincts, NYPD, the FBI, CIA and out of state State Investigations, the matter has prolonged onto today since my first complaint filed locally with a precinct in Richmond County, N.Y. and the FBI here at One Federal Plaza, since the year 2006. I have been treated both with arrogance and ignorance as well as hostile and immediate hang-ups over the telephone. Authority levels here along with wrong-hired personnel and corrupted who are also demanding parties and collaborators and covering up to the criminal, and harm doers. Please read back.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20___.

Signature of Plaintiff: _G. E. Senand_

Mailing Address: 284 Wilcox St. S.I. N.Y. 10303

Telephone Number: 954-210-2955

Fax Number (if you have one): _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number: _____

*Rev. 05/2010*

Considering I, Doris E. Fernandez is foreign borned and enviroed by my ancestors, and I made of multiple European roots, a bequested compose, with an excellent equilibrium, highly-intelligent and advaced, angel investor to the top performing industries, including the finance and connected to Wall Street, Nasdaq, and global markets. A performer in earnings and to date no access to my fund born into nor ever compensated for not one settlement paid before becoming catherized and after the catherizing surgery, having lost years of living, rights to privacy and from my excellent level of trust or respect. I am demanding for the transfer of all assetts along with criminal charges for all charges to respective criminal defendant